IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE GRAY CASUALTY AND SURETY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0184-KD-N ) |
| McCONNELL CONTRACTING, LLC, *et al*, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, and upon the Court's determination that there is no just reason for delay, *see* Fed. R. Civ. P. 54(b), it is ORDERED, ADJUDGED and DECREED that a DEFAULT JUDGMENT is hereby entered in favor of the plaintiff, The Gray Casualty and Surety Company and against defendants McConnell Contracting, LLC, William C. Mills, Bria J. Mills, Ben C. McConnell and Amy McConnell in the amount of $208,875.48 plus accrued interest in the amount of $12,087.68, for a subtotal of $220,963.16, plus attorney's fees and expenses in the amount of $49,337.73, for a total of $270,300.89.

DONE this the 4th day of April, 2012.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**