IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE GRAY CASUALTY AND SURETY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0184-KD-N ) |
| McCONNELL CONTRACTING, LLC, *et al*, | ) ) ) |
| Defendants. | ) ) |

## AMENDED JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is ORDERED, ADJUDGED and DECREED that a DEFAULT JUDGMENT is hereby entered in favor of the plaintiff The Gray Casualty and Surety Company and against defendants McConnell Contracting, LLC, William C. Mills, Bria J. Mills, Ben C. McConnell and Amy McConnell in the amount of $353,334.37.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment in favor of plaintiff and against defendants was entered on April 5, 2012 in the amount of $270,300.89. (Doc. 20). Accordingly, it is ORDERED, ADJUDGED and DECREED that a total FINAL DEFAULT JUDGMENT is hereby entered in favor of the plaintiff and against the defendants in the total amount of $623,635.26.

DONE this the 26th day of September, 2012.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**